IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES HENRY WASHBURN,

    Plaintiff,　　　　　　　　　　　　　　No. C 03-02973 JSW

  v.

PAULO MORGADO, et al.,　　　　　　　　　　**ORDER**

    Defendants.
_____/

    Due to the fact that the parties are clearly not prepared to go forward and have failed to comply with the rules of this Court with regard to the pre-trial conference set for Monday, April 25, 2005 at 2:00 p.m., the Court will instead hold a status conference on Monday, April 25, 2005 at 2:00 p.m. Counsel are admonished to be prepared to discuss scheduling dates to prepare this case for trial.

**IT IS SO ORDERED.**

Dated: April 22, 2005　　　　　　　　　　　　　　　　/s/ Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE