IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES HENRY WASHBURN,

    Plaintiff,

No. C 03-02973 JSW

v.

PAULO MORGADO, et al.,

**ORDER RE SANCTIONS**

    Defendants.
_____/

    Due to the parties' failure to comply with the rules of this Court, the Court HEREBY ORDERS that sanctions in the amount of $250.00 payable to the Clerk of the Court by no later than May 5, 2005 will be imposed at this time and admonishes counsel not to repeat the error and to follow this Court's orders in the future. Furthermore, Defendants' counsel are ordered to distribute copies of the Court's standing orders throughout the City Attorneys Office by no later than May 9, 2005 and to file a declaration attesting to the distribution by no later than May 16, 2005.

    **IT IS SO ORDERED.**

Dated: April 26, 2005

    /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE