1  BEN ROSENFELD, ESQ., State Bar #203845
   DENNIS CUNNINGHAM ESQ., State Bar #112910
2  115 ½ Bartlett Street
   San Francisco, CA  94110
3  Telephone:    415/285-8091
   Facsimile:    415/285-8092
4
5  Attorneys for Plaintiff

6

7  DENNIS J. HERRERA, State Bar #139669
   City Attorney
8  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
9  SEAN CONNOLLY, State Bar #152235
   CASSANDRA KNIGHT, State Bar #175696
10 Deputy City Attorneys
   Fox Plaza
11 1390 Market Street, 6th Floor
12 San Francisco, California 94102-5408
   Telephone:    (415) 554-3863
13 Facsimile:    (415) 554-3837
14
   Attorneys for Defendants

15

16

17

18                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| 20 JAMES HENRY WASHBURN, JR., | Case No. C-03-02973-JSW (MEJ) |
| 21         Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO FILE MEMORANDA OF LAW IN SUPPORT OF DISPUTED JURY INSTRUCTIONS (CIVIL L.R. 6-2)** |
| 22    v. | |
| 23 CITY AND COUNTY OF SAN FRANCISCO, etal., | |
| 24 | |
| 25         Defendants. | Date:  June 20, 2005 (PTC)<br>Time:  2:00 pm.<br>Place: Ctrm 2, 17th Floor |

27

28

STIPULATION ENLARGING TIME TO FILE MEMORANDA RE DISPUTED JURY INSTRUCTIONS
1

| | |
|---|---|
| 1 | The parties, through their undersigned counsel, hereby stipulate and request that the |
| 2 | Court enlarge the time to file memoranda of law in support of their disputed jury instructions, as |
| 3 | discussed in the Court's Guidelines for Trial and Final Pretrial Conference (p3:4-6) until June |
| 4 | 16, 2005. The memoranda are currently due to be filed on June 13, 2005. |
| 5 | The parties have met and conferred in person, as required by the Court's Standing Order, |
| 6 | and have made substantial progress toward completion of pretrial submissions. In accordance |
| 7 | with the Court's Order, the parties expect to file a joint set of proposed jury instructions by the |
| 8 | current deadline of June 13, 2005. However, in the course of meeting and conferring and |
| 9 | exchanging documents, the parties have also discovered, if late in the process, that they need |
| 10 | additional time to fully brief their support for their disputed instructions. |
| 11 | In accordance with Local Rule 6-2, the parties, through their undersigned counsel, certify |
| 12 | that at the status conference on April 25, 2005, the Court previously extended this deadline from |
| 13 | April 18, 2005 to June 13, 2005, along with the other deadlines for pretrial submissions. The |
| 14 | parties further certify that they do not believe that the extension requested herein would in any |
| 15 | way impact the schedule in this case. |
| 16 | **WHEREFORE**, the parties respectfully stipulate and request that the Court enlarge the |
| 17 | time for filing memoranda of law in support of disputed jury instructions from June 13, 2005 to |
| 18 | June 16, 2005. |

Respectfully Submitted,

DATED: June 9, 2005

        DENNIS CUNNINGHAM
        BEN ROSENFELD

By:   s/ - *Ben Rosenfeld* _____
       BEN ROSENFELD
       Attorneys for Plaintiff

STIPULATION ENLARGING TIME TO FILE MEMORANDA RE DISPUTED JURY INSTRUCTIONS
2

| | |
|---|---|
| 1 | DATED: June 9, 2005 |
| 2 | DENNIS J. HERRERA |
| | City Attorney |
| 3 | JOANNE HOEPER |
| | Chief Trial Deputy |
| 4 | SEAN F. CONNOLLY |
| | CASSANDRA KNIGHT |
| 5 | Deputy City Attorneys |

By: s/ *Cassandra Knight* _____
CASSANDRA KNIGHT
Attorneys for Defendants

**IT IS SO ORDERED**:

Dated: June 10, 2005          /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION ENLARGING TIME TO FILE MEMORANDA RE DISPUTED JURY INSTRUCTIONS
3