UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES H. WASHBURN JR.,

    Plaintiff,

    v.

SF POLICE OFFICERS,

    Defendants.
_____/

No. 03-02973 JSW (EDL)

NOTICE AND ORDER SETTING
FURTHER SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **July 1, 2005**, at 9:00 a.m., Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Personal attendance by counsel will **not** be excused under any circumstances and personal attendance by a party will rarely be excused. Permission for a party to attend by telephone may be granted, **in the Court's discretion**, upon written request made at least five (5) calendar days in advance of the conference. A copy of the written request must be served on all other parties. Any objection to the request must be submitted within twenty-four (24) hours of receipt. Both the request and objection may be submitted in letter form either by mail or facsimile to (415) 522-2002. If telephone attendance is allowed, the party must be available throughout the entire conference.

**Updated confidential settlement conference statements shall be lodged with the Court by June 27, 2005.**

1        All other provisions of this Court's original Notice and Settlement Conference Order (document
2 no. 49) shall remain in effect.

3        The parties shall notify Magistrate Judge Laporte's Courtroom Deputy **immediately** at (415)
4 522-3694 if this case settles prior to the date set for further settlement conference.

6 Dated: June 21, 2005

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

2