IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES HENRY WASHBURN,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 03-02973 JSW

**ORDER RE JUROR QUESTIONNAIRE**

    In an effort to expedite the trial proceedings in this matter, the Court has determined that the juror questionnaire should be prepared and filled out by prospective jurors in advance of the start of trial. The parties shall meet and confer to discuss the distribution of tasks set out herein.

    Therefore, IT IS HEREBY ORDERED:

1. By no later than 12:00 noon on Tuesday, June 28, 2005, the parties shall e-file their final, agreed-upon juror questionnaire, in accordance with the Court's prior orders regarding integrating the Court's preamble and additional information into the parties' proposed questionnaire. The parties shall omit any references to the names or identifying information of particular jurors on the questionnaire, including leaving blank spaces for their names, a signature block or otherwise enabling the jurors to identify themselves, except by juror number. The cover sheet of the questionnaire shall include a large, prominently displayed blank space requesting each juror to fill out his/her juror number only.

2.  By no later than 4:00 p.m. on Tuesday, June 28, 2005, the parties shall deliver to the Jury Office, located on the 19th Floor, 50 copies of the blank juror questionnaires. The 50 photocopies shall be made at counsels' expense.

3.  At 1:00 p.m. on Wednesday, June 29, 2005, the parties shall retrieve from the Jury Office the filled-out juror questionnaires.

4.  By no later than 12:00 noon on Thursday, June 30, 2005, the parties shall lodge the originals of the juror questionnaires, with three additional copies of each set, with the Court's deputy clerk, Jennifer Ottolini. The parties should make and retain one set of copies for their own use. The parties are required to make specific arrangements directly with Ms. Ottolini in advance of this date for the delivery of the originals and three sets of copies to the Court.

5.  On Tuesday, July 5, 2005, the additional voir dire of the jury will begin promptly at 8:30 a.m. Following jury selection, the parties will give their opening statements. If time permits, witness testimony will begin immediately thereafter. Counsel are ordered to arrive and be ready to proceed by no later than 8:15 a.m. on July 5, 2005.

**IT IS SO ORDERED.**

Dated:  June 22, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE