UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES H. WASHBURN JR.

    Plaintiff(s),

    v.

SAN FRANCISCO POLICE OFFICER
PAULO MORGADO, et al.

    Defendant(s).

No. 03-02973 JSW (EDL)

ORDER EXCUSING ATTENDANCE
AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated June 23, 2005, Defendant Dorree Donnelly requested to be excused from personally appearing at the settlement conference scheduled for July 1, 2005. Plaintiff does not oppose the request.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Ms. Donnelly be available by telephone from 9:00 a.m. Pacific Standard Time until further notice on July 1, 2005.

If the Court concludes that the absence of Ms. Donnelly is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Ms. Donnelly.

SO ORDERED.

Dated: June 28, 2005

                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge