1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SEAN F. CONNOLLY, State Bar #152235
   CASSANDRA KNIGHT, State Bar #175696
4  Deputy City Attorney
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3863
   Telephone:     (415) 554-4269
7  Facsimile:     (415) 554-3837
   E-Mail:        sean.connolly@sfgov.org
8
   Attorneys for Defendants
9  CITY AND COUNTY OF SAN FRANCISCO;
   SAN FRANCISCO POLICE OFFICERS PAULO
10 MORGADO (#466);ERIK WHITNEY (#4045);
   MICHAEL MADRIERES (#97); AND
11 JOHN BROUCARET (#405)

12
                    UNITED STATES DISTRICT COURT
13
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

15 | JAMES HENRY WASHBURN, JR.,          | Case No. C03-02973 JSW
   |                                     |
16 |           Plaintiff,                |
   |                                     |
17 |    vs.                              | **STIPULATION AND [PROPOSED]**
   |                                     | **ORDER GRANTING JOINT MOTION**
18 | SAN FRANCISCO POLICE OFFICERS       | **FOR ADMINISTRATIVE RELIEF**
   | PAULO MORGADO (#466), ERIK          | **FOR ENLARGEMENT OF TIME TO**
19 | WHITNEY (#4045), MICHAEL            | **FILE JOINT SPECIAL VERDICT**
   | MADRIERES (#97), JOHN               | **FORM (CIV. L. R. 7-12)**
20 | BROUCARET (#405), SERGEANT          |
   | DORREE DONNELLY (#123), THE         |
21 | CITY AND COUNTY OF SAN              | Date Action Filed:    May 30, 2003
   | FRANCISCO, AND DOES 1 THROUGH       | Trial Date:           July 5, 2005
22 | 20, INCLUSIVE.                      |
   |                                     |
23 |           Defendants.               |

24
                              **STIPULATION**
25
        The parties hereby stipulate to the Motion For Enlargement Of Time To File Joint Special
26
   Verdict Form filed herewith.
27

28

Motion for Admin Relief                      1                    N:\LIT\LI2003\031777\00318993.DOC
Washburn v. CCSF, et al. – USDC No. C03-02973 JSW

Dated: June 30, 2005

                                   DENNIS J. HERRERA
                                   City Attorney
                                   CASSANDRA KNIGHT
                                   Deputy City Attorney

                      By:    /s/ Cassandra Knight
                                   CASSANDRA KNIGHT
                                   Attorneys for Defendants
                                   City and County of San Francisco, et al.

Dated: June 30, 2005

                                   DENNIS CUNNINGHAM
                                   BEN ROSENFELD
                                   Attorneys for Plaintiff


                    By:    /s/ Ben Rosenfeld
                                   BEN ROSENFELD
                                   Attorneys for Plaintiff
                                   JAMES HENRY WASHBURN, JR.

1
2  **ORDER**
3  PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties shall file a joint
4  proposed Special Verdict Form on or before ___July 6___, 2005. at 4:00 p.m.
5
6  Dated: July 1, 2005
7
8          /s/ Jeffrey S. White
9         HON. JEFFREY S. WHITE
       UNITED STATES DISTRICT COURT
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28