1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SEAN F. CONNOLLY, State Bar #152235
   CASSANDRA KNIGHT, State Bar #175696
4  Deputy City Attorney
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-4251
   Telephone:     (415) 554-4269
7  Facsimile:     (415) 554-3837

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO;
9  SAN FRANCISCO POLICE OFFICERS PAULO
   MORGADO (#466);ERIK WHITNEY (#4045);
10 MICHAEL MADRIERES (#97); AND
   JOHN BROUCARET (#405)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HENRY WASHBURN, JR., | Case No. C03-02973 JSW |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER DENYING PLAINTIFF'S (REVISED) MOTION FOR ADMINISTRATIVE RELIEF TO ENFORCE AN AGREEMENT BETWEEN THE PARTIES DISMISSING SERGEANT DORREE DONNELLY AND EXCLUDING HER TESTIMONY (CIV. L. R. 7-11(b)) |
| SAN FRANCISCO POLICE OFFICERS PAULO MORGADO (#466), ERIK WHITNEY (#4045), MICHAEL MADRIERES (#97), JOHN BROUCARET (#405), SERGEANT DORREE DONNELLY (#123), THE CITY AND COUNTY OF SAN FRANCISCO, AND DOES 1 THROUGH 20, INCLUSIVE. | |
| Defendants. | Date Action Filed:  May 30, 2003<br>Trial Date:  July 5, 2005 |

**ORDER**

The Court having considered the submissions and arguments of the parties, and good cause having been shown,

IT IS HEREBY ORDERED that plaintiff's (Revised) Motion for Administrative Relief to Enforce An Agreement Between The Parties Dismissing Sergeant Dorree Donnelly And Excluding Her Testimony is DENIED.

Dated: July 1, 2005

    /s/ Jeffrey S. White
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT