1

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    JAMES HENRY WASHBURN,

10            Plaintiff,                         No. C 03-02973 JSW

11      v.

12   PAULO MORGADO, et al.,                     **ORDER**

13            Defendants.

14   _____/

15          On July 1, 2005, this matter was settled before Magistrate Judge LaPorte.  The parties

16   are hereby ordered to file a stipulation and proposed order of dismissal by no later than August

17   22, 2005 or this Court will *sua sponte* dismiss the matter.

18

19          **IT IS SO ORDERED.**

20

21   Dated:  August 12, 2005

22                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

**United States District Court**
For the Northern District of California