BEN ROSENFELD, ESQ., State Bar #203845
DENNIS CUNNINGHAM ESQ., State Bar #112910
115 ½ Bartlett Street
San Francisco, CA 94110
Telephone:    415/285-8091
Facsimile:    415/285-8092

Attorneys for Plaintiff


DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SEAN CONNOLLY, State Bar #152235
CASSANDRA KNIGHT, State Bar #175696
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3863
Facsimile:    (415) 554-3837

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES HENRY WASHBURN, JR., | Case No. C-03-02973-JSW |
| Plaintiff, | **JOINT REQUEST TO ENLARGE TIME TO FILE STIPULATION AND PROPOSED ORDER OF DISMISSAL (CIVIL L.R. 6-2)** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*, | |
| Defendants. | |

On August 12, 2005, the Court ordered the parties to file a Stipulation and Proposed Order of Dismissal by August 22, 2005, or accept the Court's *sua sponte* dismissal of the matter.

1

1  The parties, through their undersigned counsel, hereby jointly request that the Court
2  extend this deadline by 30 days, until September 21, 2005, to allow time for the parties to
3  complete their settlement paperwork, which defendants are in the process of preparing for
4  plaintiff's review and signature.
5  The parties certify that no previous such request for enlargement of time has been
6  requested or granted, and that this request will not impact any other scheduling in this case.

7  Respectfully Requested,

8  DATED: August 16, 2005

9  DENNIS CUNNINGHAM
   BEN ROSENFELD
10

11  By:  s/ - *Ben Rosenfeld* _____
         BEN ROSENFELD
12       Attorneys for Plaintiff

13  DATED: August 16, 2005
14

15  DENNIS J. HERRERA
    City Attorney
    JOANNE HOEPER
16  Chief Trial Deputy
    SEAN F. CONNOLLY
17  CASSANDRA KNIGHT
    Deputy City Attorneys
18

19

20  By:  s/ *David Newdorf* _____
         DAVID NEWDORF
21       Attorneys for Defendants

22

23  **PURSUANT TO STIPULATION, IT IS SO ORDERED**:

24

25  Dated: August 17, 2005                    _____
26                                             JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE
27

28

2