DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
SEAN F. CONNOLLY State Bar 152235#
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3863
Facsimile: (415) 554-3837
E-Mail: sean.connolly@sfgov.org

Attorneys for City and County of San Francisco, Officers
Paolo Morgado, Eric Whitney, John Broucaret, Michael
Madrieres and Sgt. Doree Donnelly

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES HENRY WASHBURN, JR. | Case No. C03-2973 JSW |
|---|---|
| Plaintiff, | REQUEST FOR DISMISSAL; ~~PROPOSED~~ ORDER OF DISMISSAL |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

///

///

///

///

///

Request for Dismissal
USDC No. C03-2973 JSW

1

N:\LIT\LI2005\031777\00327272.DOC

1  ///

2  Dated: 9/13/05

4  _____
   BEN ROSENFELD
5  Attorney for James Henry Washburn, Jr.

8  Dated: 9/21/05

9  DENNIS J. HERRERA
   City Attorney
10 JOANNE HOEPER
   Chief Trial Attorney
11 SEAN F CONNOLLY
   Deputy City Attorney

13 By: _____
   SEAN F. CONNOLLY

15 Attorneys for Defendants
   City and County of San Francisco

18 **ORDER**

19 **IT IS SO ORDERED:**

20 Dated: September 23, 2005

22 _____
   JEFFREY S. WHITE
   United States District Judge

Request for Dismissal
USDC No. C03-2973 JSW

2

N:\LIT\LI2005\031777\00327272.DOC